THE SEIDEMAN LAW FIRM, P.C.
GREGORY M. FITZGERALD, SBN 153082
GFITZGERALD@SEIDLAW.COM
WILLIAM J. CAMPBELL, SBN 248729
WCAMPBELL@SEIDLAW.COM
MIRUNA MIHAI
MMIHAI@LAWFIRMLD.COM
11690 PACIFIC AVENUE, SUITE 110
FONTANA, CA 92337
Telephone: (909) 581-7348
Facsimile: (909) 581-7534

ATTORNEYS FOR PLAINTIFF: FAITH FELDMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH FELDMAN,<br><br>                PLAINTIFF,<br><br>    VS.<br><br>NELSON & KENNARD,<br><br>                DEFENDANT | Case No.: 12-cv-02066-WBS-CKD<br><br>ACTION FILED: AUGUST 7, 2012<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE SET FOR NOVEMBER 13, 2012** |

1

The Court having considered Parties Joint Stipulation to Continue the Scheduling Conference set for November 13, 2012 orders as follows:

1) That the Scheduling Conference set for November 13, 2012 be continued to February 19, 2013 at 2:00 p.m.

**IT IS SO ORDERDED**

Dated:   November 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2