**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAITH FELDMAN,<br><br>                    PLAINTIFF,<br><br>     VS.<br><br>NELSON & KENNARD,<br><br>                    DEFENDANT | Case No.: 12-cv-02066-WBS-CKD<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br><br>Judge:  William B. Shubb |

Based on Plaintiff's notice of voluntary dismissal under F.R.Civ.P.41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the June 24, 2013 Jury Trial; and

3. DIRECTS the clerk to close this action.

**IT IS SO ORDERED**

Dated:  May 10, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE